IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE LUIS VILLEGAS-MACIAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-068 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**

_____

Petitioner, currently incarcerated at McRae Correctional Institution, brought the above-captioned case pursuant to 28 U.S.C. § 2241. Presently before the Court is Petitioner's motion for default. (Doc. no. 12.) Petitioner claims that Respondent failed to file a timely response to his motion, entitling him to an entry of default. (Id.) Contrary to Petitioner's claims, the docket reflects that Respondent filed her response on November 23, 2015. (Doc. no. 11.) Regardless of the timeliness of the response, Petitioner's argument is without merit because "default judgment is not contemplated in habeas corpus cases." Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir. 1987). Accordingly, Petitioner's motion for default is **DENIED**. (Doc. no. 12.)

SO ORDERED this 20th day of January, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA