ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 24 PM 3:40
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE LUIS VILLEGAS-MACIAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-068 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Petitioner's motion for Rule 11 sanctions.

SO ORDERED this 24th day of March, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE