ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 14 AM 9: 45

CLERK C. Adams
SO. DIST. OF GA.

| | |
|---|---|
| JOSE LUIS VILLEGAS-MACIAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 315-068 |
| ) | |
| STACEY N. STONE, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 14th day of April, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE