# United States District Court
## Southern District of Georgia

JOSE LUIS VILLEGAS-MACIAS,

    Petitioner,

v.

STACEY N. STONE, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV315-068

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 14, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition for 2241 is DENIED and civil action is DISMISSED. Judgment is hereby ENTERED in favor of the Respondent and this case stands CLOSED.



April 14, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk